IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FOUR SEASONS PRODUCE INC.,

     Plaintiff

v.

MIDLAND FARMS STORES, INC., et al

     Defendants

: Civil Action No: _____

**04   11437 PBS**

### APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH NOTICE

Upon the verified affidavit of James L. Horning, the Credit Coordinator of

plaintiff, and the accompanying memorandum in support, Four Seasons Produce,

Inc. moves the Court to issue a temporary restraining order under Rule 65 of the

Federal Rules of Civil Procedure enforcing the statutory trust pursuant Section 5(c)

of the Perishable Agriculture Commodities Act ("PACA"), 7 U.S.C. §499e(c), by

restraining the transfer of any and all PACA trust assets of Midland Farms Stores,

Inc. and Midland Farms Worcester, Inc. until there is payment to Four Seasons

Produce, Inc. of $66,916.33, pending the entry of a Preliminary Injunction Order.

Dated this 22ᴺᴰ day of June, 2004

McCARRON & DIESS

By: _____
Mary Jean Fassett
4910 Massachusetts Ave N.W.
Suite 18
Washington, D.C. 20016
(202) 364-0400
(202) 364-2731-fax
mjf@mccarronlaw.com

FLOOD & HARTIGAN

By: _____
John J. Hartigan
81 Bridge Street
Lowell, Massachusetts 01852
(978) 441-9900
(978) 937-5383-fax
j.hartigan @flood-hartigan.com
Attorneys for Plaintiff

- 1 -

