IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR SEASONS PRODUCE INC., | : |
| Plaintiff | : |
| v. | : Civil Action No: 04-11437 PBS |
| MIDLAND FARMS STORES, INC., et al | : |
| Defendants | : |

**MOTION FOR PRELIMINARY INJUNCTION**

Upon the verified affidavit of the representative of the plaintiff, and the accompanying memorandum in support, plaintiff moves the Court to issue a preliminary injunction under Rule 65(b) of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant Section 5(c) of the Perishable Agriculture Commodities Act, 7 U.S.C. §499e(c), by restraining the transfer of any and all trust assets of Midland Farms Stores, Inc. and Midland Farms Worcester, Inc. except for any payment to plaintiff until there is either full payment to plaintiff of $66,916.33 pending the final outcome of this action.

Dated this 22nd day of June, 2004

| McCARRON & DIESS | FLOOD & HARTIGAN |
|---|---|
| By: /s/ Mary Jean Fassett | By: /s/ John J. Hartigan |
| Mary Jean Fassett | John J. Hartigan |
| 4910 Massachusetts Ave N.W. | 81 Bridge Street |
| Suite 18 | Lowell, Massachusetts 01852 |
| Washington, D.C. 20016 | (978) 441-9900 |
| (202) 364-0400 | (978) 937-5383-fax |
| (202) 364-2731-fax | j.hartigan@flood-hartigan.com |
| mjf@mccarronlaw.com | Attorneys For Plaintiff |