UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN OFFICE
2004 JUN 23 P 1:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

FOUR SEASONS PRODUCE, INC.
                Plaintiffs

v.

MIDLAND FARMS STORES, INC., et al

DOCKET NO.

04 11437 PBS

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3 and the attached Certification, the undersigned counsel moves the admission pro hac vice of Mary Jean Fassett of McCarron & Associates, 4901 Massachusetts Avenue, N.W., Suite 18, Washington, D.C. 20016 to participate as attorneys on Plaintiffs' behalf in this case.

Respectfully submitted,

Flood & Hartigan, P.C.

John J. Hartigan, Esq.
BBO#224390
81 Bridge Street
Lowell, MA 01852
Tel. (978) 441-9900

Dated: 6-22-04