IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC. | : |
| Plaintiff | : |
| v. | : Civil Action No: _____ |
| MIDLAND FARMS STORES, INC., et al | : |
| Defendants | : |

### AFFIDAVIT IN SUPPORT OF MOTION
### FOR ADMISSION OF COUNSEL PRO HAC VICE

Mary Jean Fassett, in support of the motion for permission to participate as an attorney for plaintiff in this case pro hac vice, avers as follows:

1. Mary Jean Fassett, of the firm of McCarron & Diess, is a member in good standing with the bars of the United States Court of Appeals for the Fourth Circuit, United States District Court for Maryland, United States District Court for the District of Columbia, and the United States District Court for the Eastern and Western Districts of Virginia.

2. Neither Mary Jean Fassett, nor anyone in the firm of McCarron & Diess, resides or maintains an office for the practice of law in the District of Massachusetts.

3. There is a particular need for Mary Jean Fassett to participate in this case because she is very familiar with the facts in this case and has extensive experience in representing clients involved in cases concerning the sale and delivery of perishable agricultural commodities.

4.  Your movant understands that she is charged with knowing and complying with all applicable local rules.

5.  Neither your movant nor any member of McCarron & Diess has been disbarred or formally censored by a court of record or by a state bar association.

6.  There are no pending disciplinary proceedings against your movant or any member of McCarron & Diess.

7.  Your movant has requested that John J. Hartigan be joined of record as associate attorney. John J. Hartigan maintains an office in this District and is admitted to practice in this Court. John J. Hartigan has consented to appear and submits a representation that he is authorized and will be prepared to handle the matter, including the trial thereof, in the event your movant is unable to be present on the day assigned by the Court.

WHEREFORE, it is respectfully requested that your movant be permitted to participate in this case as attorneys for the plaintiff.

Dated this 21st day of June, 2004.

McCARRON & DIESS

By: _____
Mary Jean Fassett
4910 Massachusetts Ave., N.W.
Suite 18
Washington, DC 20016
(202) 364-0400
(202) 364-2731- fax
mjf@mccarronlaw.com

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, John J. Hartigan, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and represent the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the movant fail to respond to any Court order for appearance or otherwise.

This 22ⁿᵈ day of June, 2004.

_____
John J. Hartigan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC. | : |
| Plaintiff | : |
| v. | : Civil Action No: _____ |
| MIDLAND FARMS STORES, INC., et al | : |
| Defendants | : |

## ORDER GRANTING ADMISSION PRO HAC VICE

THIS MATTER having come before the Court on plaintiff's motion for admission *pro hac vice* of Mary Jean Fassett of the law firm of McCarron & Diess, 4910 Massachusetts Avenue, N.W., Suite 18, Washington, D.C. 20016, and the Court having considered the papers submitted in support of that motion; and for good cause shown;

IT IS on this _____ day of _____, 2004,

**ORDERED** that the foregoing motion be and hereby is GRANTED, and that Mary Jean Fassett be, and hereby is, admitted *pro hac vice* as attorney for plaintiff.

_____
UNITED STATES DISTRICT JUDGE