UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FOUR SEASONS PRODUCE, iNC.
        Plaintiff(s),    CIVIL ACTION
            NO.   04-11437-pbs

    v.

MIDLAND FARMS STORES, INC., ET AL
        Defendant(s).

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                                          June 23, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion for Preliminary Injunction on **June 30, 2004**, at **10:00 a.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                  By the Court,

                                    /s/ Robert C. Alba
                                  Deputy Clerk

Copies to:  All Counsel