IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FOUR SEASONS PRODUCE, INC.　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　Plaintiff　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　: Civil Action No: 04-11437-pbs
　　　　　　　　　　　　　　　　　　:
MIDLAND FARMS STORES, INC., et al　　:
　　　　　　　　　　　　　　　　　　:
　　　　Defendants　　　　　　　　　:

**PRELIMINARY INJUNCTION ORDER AND JUDGMENT**

This matter is before the Court upon an affidavit filed by plaintiff's attorney that defendants have failed to make payment in accord with the Stipulation and Order filed in this action. Pursuant to the terms of the Stipulation and Order previously filed with the court, this court is to enter this Preliminary Injunction Order and Judgment upon the filing of an affidavit by plaintiff's attorney, which states that payment has not been made by defendants as required by the Order.

Based upon the filing of the affidavit previously noted, it is by the United States District Court for the District of Massachusetts,

**ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff, Four Seasons Produce, Inc., and against defendants, Midland Farms Stores, Inc., Midland Farms Worcester, Inc., Demetrios E. Haseotes, and Dale

$ _3,500.00_, as awarded by the Court upon application by plaintiff; and it is further,

**ORDERED** that plaintiff's motion for Preliminary Injunction is **granted**; and it is further,

**ORDERED** that defendants, their customers, agents, officers, subsidiaries, assigns, banking institutions and factors shall not alienate, dissipate, pay over or assign any assets of Midland Farms Stores, Inc. or Midland Farms Worcester, Inc.., except for payment to plaintiff until further order of the Court or until defendants pay the balance owed under the previously entered Order and Judgment by cashier's check or certified check at which time this Order is dissolved; and it is further

**ORDERED** that defendants shall within five (5) business days of service of this Order, turnover any and all funds realized from the sale of produce or products derived from produce in their possession to McCarron & Diess, 4910 Massachusetts Avenue, N.W., Suite 18, Washington, D.C. 20016, attorneys for plaintiff for distribution to plaintiff; and it is further

**ORDERED** that any and all funds belonging to defendants in the possession of third parties shall be immediately turned over to McCarron & Diess, 4910 Massachusetts Avenue, N.W., Suite 18, Washington, D.C. 20016, attorneys for plaintiff, for distribution to plaintiff; and it is further

**ORDERED** that defendants shall supply to plaintiff's attorney, within five (5) days of the date of this Order, any and all documents in connection with the assets and liabilities of defendants, Midland Farms Stores, Inc. and Midland Farms Worcester, Inc., and their related and subsidiary companies, including, but not limited to, the most recent balance sheets, profit/loss statements, accounts receivable reports, accounts payable reports, accounts paid records and income tax returns; and it is further,

**ORDERED** that bond shall be waived in view of the fact that defendants now have a substantial amount of plaintiff's assets.

This Preliminary Injunction Order and Judgment is entered this 30 day of June, at 9:30 a.m. Plaintiff shall forthwith serve defendants, Midland Farms Stores, Inc., Midland Farms Worcester, Inc., Demetrios E. Haseotes, and Dale Steenburgh,, and defendants' counsel, if known, with a copy of this Order.

_____
United States District Judge