IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 30  A 11: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC. | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 1:04-cv-11437 |
| MIDLAND FARMS STORES, INC. | : |
| and | : |
| MIDLAND FARMS WORCESTER, INC. | : |
| and | : |
| DEMETRIOS E. HASEOTES | : |
| and | : |
| DALE STEENBURGH | : |
| Defendants. | : |

### ENTRY OF APPEARNCE

In the above captioned matter, Michael A. Kelly, Esquire and John O. Mancini, Esquire, hereby enter their appearance as counsel for the Defendants, Midland Farms Stores, Inc., Midland FarmsWorcester, Inc., Demetrios E. Haseotes and Dale Steengurgh. By their attorneys,

                                                Defendants,
                                                By their attorneys:

                                                Michael A. Kelly, Esquire (#2116)
                                                John O. Mancini, Esquire (#6061)
                                                55 Pine Street, Suite 5000
                                                Providence, RI  02903
                                                Tel#: (401) 490-7334
                                                Fax#:  (401) 490-7874

## CERTIFICATION

I hereby certify that I cause a true and accurate copy of the within Entry of Appearance for be mailed and faxed to Mary Jean Fassett, Esquire, McCarron & Diess 4910 Massachusetts Avenue, N.W., Suite 18, Washington, D.C. 20016 and to John J. Hartigan, Esquire, Flood & Hartigan, 81 Bridge Street, Lowell, MA 01852 on this 29th day of June, 2004.

*Holly Rhodes*