# FLOOD & HARTIGAN, P.C.
COUNSELLORS AT LAW
81 BRIDGE STREET
LOWELL, MASSACHUSETTS 01852

James W. Flood, Jr.
John J. Hartigan
Catherine J. Flood

Tel. (978) 441-9900
Fax. (978) 937-5383
j.hartigan@flood-hartigan.com

August 4, 2004

Robert Alba, Courtroom Clerk for the
Honorable Patti B. Saris
United States District Court for
The District of Massachusetts
One Courthouse Way
Boston, MA 02210

**Re:** **FOUR SEASONS PRODUCE, INC.**
   **v.**
   **MIDLAND FARMS STORES, INC.**
   **MIDLAND FARMS WORCESTER, INC.**
   **DEMETRIOS HASEOTES & DALE STEENBURGH**
   **DOCKET NO: 04-11437-pbs**

Dear Mr. Alba:

As the docket will reflect, the parties through counsel submitted a Stipulation and Order on June 30, 2004. Said Stipulation provided in part, that the Defendants were to pay the Plaintiffs $66,916.33 in addition to legal fees of $3,500.00 based upon the payment schedule set forth therein. Additionally, said Stipulation provided for a procedure wherein if the Defendants defaulted on the required payment schedule then the Plaintiff would have the right to file with this Court an Affidavit detailing the specifics of such default and request at that time that the Court execute the Preliminary Injunction and Judgment which was filed with the original Stipulation as Exhibit 1.

I enclose my Affidavit setting forth the specifics of the Defendant's default in that the Defendants have to date, made only one single payment.

It appears from the docket that the Preliminary Injunction was issued on June 30, 2004 which was contrary to the parties agreement and the terms of the Stipulation.

Thereto, the purpose of this correspondence is to request that the Court issue the Preliminary Injunction and Judgment based upon the Affidavit herewith.

N:\Client\MCCARRON\Four Seasons\clerkletter 8-04-04.doc

Page Two
August 4, 2004
Re:   Four Seasons Produce, Inc.
      v.  Midland Farms, et al

      I hereby certify I have this day forwarded a copy of this correspondence along with the duly referenced enclosures via first class mail postage prepaid to Mary Jean Fassett Esq., McCarron & Diess, 4910 Massachusetts Avenue, N.W., Suite 18, Washington, D.C. 20016 and Michael A. Kelly, Esq., Law Offices of Michael A. Kelly, 55 Pine Street, Suite 5000, Providence, RI 02903

                              Very truly yours,

                              FLOOD & HARTIGAN, P.C.

                              John J. Hartigan

JJH/ml/Enclosure

cc:   Michael A. Kelly, Esq.
      Mary Jean Fassett, Esq.