UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FOUR SEASONS PRODUCE, INC.** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | Civil Action No: 04-11437-pbs |
| : | |
| **MIDLAND FARMS STORES, INC., et al** : | |
| : | |
| **Defendants** : | |

### AFFIDAVIT OF JOHN J. HARTIGAN

I, John J. Hartigan, being duly sworn on oath, depose and state as follows:

1. I am co-counsel for plaintiff in the above-referenced matter.

2. Pursuant to a joint request by the parties in the above-referenced matter, this Court entered a Stipulation and Order on June 30, 2004.

3. The Stipulation and Order required defendant Midland Farms Stores, Inc. to pay plaintiff a balance of $66,916.33, plus attorneys fees of $3,500.00, with an initial installment of $10,452.35 on or by July 2, 2004, and weekly installments of $5,000.00 every Friday thereafter until the balance due was paid in full. To secure payment of said amount, defendants Midland Farms Stores, Inc., Demetrios Haseotes, and Dale Steenburgh executed a Joint Motion for Entry of Judgment to be held in escrow unless there was a default in payment.

4. Defendants paid the initial installment of $10,452.35 but have failed to make any subsequent payments. Despite providing notice of default to counsel for defendants, the defendants have failed to make the requisite payments in accordance with the Stipulation and Order.

5.  Under the terms of the Stipulation and Order, the attached Joint Motion for Entry of Preliminary Injunction Order and Judgment is to be granted and judgment entered upon the filing of an Affidavit by plaintiff's counsel attesting to the fact that defendants have defaulted under the Stipulation and Order.

Dated this ____ day of August, 2004.

_____
John J. Hartigan

On this ____ day of August 2004, before me, the undersigned notary public, personally appeared John J. Hartigan, proved to me through satisfactory evidence of identification, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose.

_____, Notary Public
My commission expires: 12/01/CC