# FLOOD & HARTIGAN, P.C.
## COUNSELLORS AT LAW
81 BRIDGE STREET
LOWELL, MASSACHUSETTS 01852

James W. Flood, Jr.
John J. Hartigan
Catherine J. Flood

Tel. (978) 441-9900
Fax. (978) 937-5383
j.hartigan@flood-hartigan.com

September 1, 2004

Robert Alba, Courtroom Clerk for the
Honorable Patti B. Saris
United States District Court for
The District of Massachusetts
One Courthouse Way
Boston, MA 02210

via Fed Ex

Re:   FOUR SEASONS PRODUCE, INC.
      v.
      MIDLAND FARMS STORES, INC.
      MIDLAND FARMS WORCESTER, INC.
      DEMETRIOS HASEOTES & DALE STEENBURGH
      DOCKET NO: 04-11437-pbs

Dear Mr. Alba:

The purpose of this correspondence to request you advise us to the status of the return of the Judgment requested via my letter of August 4, 2004. As previously noted, the provisions of the Stipulation (see Paragraphs 4&5) provided that upon the defendant's default, upon the Plaintiff's filing of an affidavit, it would be entitled to the issuance of a Preliminary Injunction and Judgment. I filed an Affidavit of Default via my letter of August 4, 2004, a copy of which I enclose for your convenience and ready reference.

If there is anything else I need to provide, please do not hesitate to contact me.

I hereby certify I have this day forwarded a copy of this correspondence along with the duly referenced enclosures via first class mail postage prepaid to Mary Jean Fassett Esq., McCarron & Diess, 4910 Massachusetts Avenue, N.W., Suite 18, Washington, D.C. 20016 and Michael A. Kelly, Esq., Law Offices of Michael A. Kelly, 55 Pine Street, Suite 5000, Providence, RI 02903.

Very truly yours,

FLOOD & HARTIGAN, P.C.

John J. Hartigan

JJH/ml
Enclosure
cc:   Mary Jean Fassett, Esq.
      Michael A. Kelly, Esq.

N:\Client\MCCARRON\Four Seasons\clerkletter 9-1-04.doc