FILED
IN CLERKS OFFICE

2004 OCT 20  P 1: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC. | |
| Plaintiff | |
| v. | Civil Action No: 04-11437-pbs |
| MIDLAND FARMS STORES, INC., et al | |
| Defendants | |

## PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CIVIL CONTEMPT

Plaintiff, Four Seasons Produce, Inc. ("Four Seasons"), by and through undersigned counsel, and pursuant to the rules of this Court, hereby moves for an Order to Show Cause why Defendants, Midland Farms Stores, Inc., Midland Farms Worcester, Inc., Demetrios E. Haseotes, and Dale Steenburgh, Should Not be Held in Civil Contempt for violating the Court's Order for Preliminary Injunction re-entered on September 7, 2004 by continuing to dissipate and pay over assets of the corporate defendants without paying plaintiff the balance owed under the judgment entered, and by failing to provide the financial information required in the Order from Midland Farms Stores, Inc., and Midland Farms Worcester, Inc. In support thereof, Plaintiff respectfully refers the Court to the Memorandum of Law filed herewith.

**WHEREFORE**, Plaintiff requests:

1

a.  That this Court order Defendants to show cause why an order of civil contempt should not be issued against defendants for willfully failing to abide by the Court's Order for Preliminary Injunction re-entered on September 7, 2004; and why defendants Demetrios E. Haseotes, and Dale Steenburgh, the officers, directors and shareholders of Midland Farms Stores, Inc., should not be detained and held in custody until Defendants purge their contempt by: 1) providing a current accounts receivable aging report and a detailed listing of all outstanding accounts receivable and accounts payable of Midland Farms Stores, Inc., accounts paid records, and all other assets held in Midland Farms Stores, Inc. name to Four Seasons' counsel as required in the Order for Preliminary Injunction; and

b.  For such other and further relief as the nature of its cause may require.

Dated this 20th day of October, 2004.

_____
John J. Hartigan
Flood & Hartigan
81 Bridge Street
Lowell, MA 01852
(978) 441-9900

and

Mary Jean Fassett, *Pro Hac Vice*
McCarron & Diess
4910 Massachusetts Ave., N.W. #18
Washington, DC 20016
(202) 364-0400
Counsel for Plaintiff

2