UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Four Seasons Produce, Inc.
        Plaintiff,

CIVIL ACTION
NO.  04-11437-PBS

v.

Midland Farms Stores, Inc., et al
        Defendants.

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.        October 29, 2004

    TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion for Order to Show Cause why Defendants should not be held in Civil Contempt on **November 16, 2004**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

    By the Court,

    /s/ Robert C. Alba
    Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Four Seasons Produce, Inc.<br>        Plaintiff, | CIVIL ACTION<br>NO.  04-11437-PBS |
| v. | |
| Midland Farms Stores, Inc., et al<br>        Defendants. | |

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                                    October 29, 2004

    TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion for Order to Show Cause why Defendants should not be held in Civil Contempt on **November 16, 2004**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                              By the Court,

                              /s/ Robert C. Alba
                              Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Four Seasons Produce, Inc.
        Plaintiff,                                  CIVIL ACTION
                                                    NO.  04-11437-PBS

    v.

Midland Farms Stores, Inc., et al
        Defendants.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                        October 29, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion for Order to Show Cause why Defendants should not be held in Civil Contempt on **November 16, 2004**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                                      By the Court,


                                                                                     /s/ Robert C. Alba
                                                                                     Deputy Clerk

Copies to:  All Counsel