*Commonwealth of Massachusetts*

*Worcester, ss.*                                                        *Civil Action No:04-11437-pbs*

*Four Seasons Produce, Inc.*

*Plaintiff(s)*

                                                                     *Answer of the Garnishee*
*vs.*                                                                *Fleet National Bank*

*Midland Farms Stores, Inc., et al*

*Defendant(s)*

*and*

*Fleet National Bank*

*Trustee*

---

*And now the Fleet National Bank, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen, authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $0.00 in the name of Midland Farms Stores, Inc., et al.*

*Signed under the pains and penalties of perjury.*

*Fleet National Bank*

*By* _____    *Date:* 10/26/04

*Sandra Allen*
*Legal Order Processing*
*5701 Horatio Street*
*Utica, NY 13502*