UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Four Seasons Produce, Inc.
        Plaintiff(s),                      CIVIL ACTION
                                            NO.   04-11437-PBS

v.

Midland Farms Stores, Inc., et al
        Defendant(s).

**NOTICE OF RESCHEDULED MOTION HEARING**

SARIS, U.S.D.J.                                                                             November 8, 2004

      The Motion Hearing re: Motion for Order to Show Cause previously scheduled for November 16, 2004, has been **rescheduled** to **November 30, 2004, at 3:00 p.m.**

                                                                             By the Court,

                                                                             /s/ Robert C. Alba
                                                                            Deputy Clerk

Copies to:  All Counsel

resched.ntc