# FLOOD & HARTIGAN, P.C.
COUNSELLORS AT LAW
81 BRIDGE STREET
LOWELL, MASSACHUSETTS 01852

James W. Flood, Jr.
John J. Hartigan
Catherine J. Flood
James W. Flood, III

Tel. (978) 441-9900
Fax. (978) 937-5383

j.hartigan@flood-hartigan.com

November 2, 2004

Robert Alba, Courtroom Clerk for the
Honorable Patti B. Saris
United States District Court for
The District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:  **FOUR SEASONS PRODUCE, INC.**
     **v.**
     **MIDLAND FARMS STORES, INC.**
     **MIDLAND FARMS WORCESTER, INC.**
     **DEMETRIOS HASEOTES & DALE STEENBURGH**
     **DOCKET NO: 04-11437-pbs**

Dear Mr. Alba:

The purpose of this correspondence is to provide a certification verifying that I have this day notified Defendant's Attorney Michael Kelly, via facsimile and first class mail, of the Court's assignment of the hearing on November 16, 2004 at 2:00 p.m. regarding the Plaintiff's Motion for Order to Show cause.

I hereby certify I have this day forwarded a copy of this correspondence along with the duly referenced enclosures via first class mail postage prepaid to Mary Jean Fassett Esq., McCarron & Diess, 4910 Massachusetts Avenue, N.W., Suite 18, Washington, D.C. 20016 and Michael A. Kelly, Esq., Law Offices of Michael A. Kelly, 55 Pine Street, Suite 5000, Providence, RI 02903.

Very truly yours,

FLOOD & HARTIGAN, P.C.

John J. Hartigan

JJH/ml
Enclosure

cc:  client
     Michael A. Kelly, Esq.

N:\CLIENTS\MCCARRON\Four Seasons\clerkletter 11-2-04.doc