# FLOOD & HARTIGAN, P.C.

### COUNSELLORS AT LAW
81 BRIDGE STREET
LOWELL, MASSACHUSETTS 01852

James W. Flood, Jr.
John J. Hartigan
Catherine J. Flood
James W. Flood, III

Tel. (978) 441-9900
Fax. (978) 937-5383

j.hartigan@flood-hartigan.com

November 10, 2004

Robert Alba, Courtroom Clerk for the
Honorable Patti B. Saris
United States District Court for
The District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:    **FOUR SEASONS PRODUCE, INC.**
    **v.**
    **MIDLAND FARMS STORES, INC.**
    **MIDLAND FARMS WORCESTER, INC.**
    **DEMETRIOS HASEOTES & DALE STEENBURGH**
    **DOCKET NO:  04-11437-pbs**

Dear Mr. Alba:

The purpose of this correspondence is to notify the Court that the Notice of Rescheduled Motion Hearing scheduled for November 30, 2004 has been forwarded to counsel.

I hereby certify I have this day forwarded a copy of this correspondence along with the duly referenced enclosures via facsimile and first class mail postage prepaid to Mary Jean Fassett Esq., McCarron & Diess, 4910 Massachusetts Avenue, N.W., Suite 18, Washington, D.C. 20016 and Michael A. Kelly, Esq., Law Offices of Michael A. Kelly, 55 Pine Street, Suite 5000, Providence, RI 02903.

Very truly yours,

FLOOD & HARTIGAN, P.C.

John J. Hartigan

JJH/ml
Enclosure

cc:    client
    Michael A. Kelly

N:\CLIENTS\MCCARRON\Four Seasons\clerkletter 11-10-04.doc