# FLOOD & HARTIGAN, P.C.
COUNSELLORS AT LAW
81 BRIDGE STREET
LOWELL, MASSACHUSETTS 01852

James W. Flood, Jr.
John J. Hartigan
Catherine J. Flood
James W. Flood, III

Tel. (978) 441-9900
Fax. (978) 937-5383

j.hartigan@flood-hartigan.com

November 30, 2004

Robert Alba, Courtroom Clerk for the
Honorable Patti B. Saris
United States District Court for
The District of Massachusetts
One Courthouse Way
Boston, MA 02210

Transmitted via Fascimile (617) 748-4582

Re: FOUR SEASONS PRODUCE, INC.
v.
MIDLAND FARMS STORES, INC.
MIDLAND FARMS WORCESTER, INC.
DEMETRIOS HASEOTES & DALE STEENBURGH
DOCKET NO: 04-11437-pbs

Dear Mr. Alba:

In furtherance to our recent telephone conversation, please allow this correspondence to confirm that both parties request that the pending Plaintiff's Motion to Show Cause be denied without prejudice subject to its subsequent re-filing in lieu of the Hearing which had been scheduled for 3:00 p.m. this afternoon. As a basis for such request, this correspondence is to serve as a report to the Court that the parties have agreed upon a payment schedule which if compiled with, will resolve all outstanding issues in the Complaint.

Additionally this correspondence will confirm that counsel will not be appearing as previously scheduled. If any further discussion is required, please let me know.

I hereby certify I have this day forwarded a copy of this correspondence via facsimile (401) 490-7874 and first class mail postage prepaid to Michael A. Kelly, Esq., Law Offices of Michael A. Kelly, 55 Pine Street, Suite 5000, Providence, RI 02903.

Very truly yours,

FLOOD & HARTIGAN, P.C.

John J. Hartigan

JJH/ml
Enclosure

cc: Michael A. Kelly, Esq.

N:\CLIENTS\MCCARRON\Four Seasons\clerkletter 11-30-04.doc