UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Four Seasons Produce, Inc.
        Plaintiff,

CIVIL ACTION
NO.  04-11437-PBS

v.

Midland Farms Stores, Inc., et al
        Defendants.

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.        December 22, 2004

    TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion for Order to Show Cause why Defendant shall not be held in Contempt on **February 14, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

        By the Court,

        /s/ Robert C. Alba
        Deputy Clerk

Copies to:  All Counsel