IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC. | : |
| Plaintiff | : |
| v. | : Civil Action No: 04-11437-pbs |
| MIDLAND FARMS STORES, INC., et al | : |
| Defendants | : |

**NOTICE OF SATISFACTION AND RELEASE OF ORDER
AND JUDGMENT AND DISMISSAL WITH PREJUDICE**

To the Court Clerk:

Plaintiff, Four Seasons Produce, Inc., hereby acknowledges payment from Defendants as full and complete satisfaction of the Order and Judgment entered in this case on September 7, 2004, and hereby releases same and requests dismissal of this action as to all defendants.

Dated this 4th day of January, 2005.

Respectfully submitted,

John J. Hartigan
Flood & Hartigan
81 Bridge Street
Lowell, MA 01852
(978) 441-9900

and

_[signature]_
Mary Jean Fassett, *Pro Hac Vice*
McCarron & Diess
4900 Massachusetts Ave., N.W. #310
Washington, DC 20016
(202) 364-0400
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Satisfaction and Release of Order and Judgment and Dismissal With Prejudice was mailed, postage prepaid, this 5th day of January, 2005, to Michael A. Kelly, Esq., 55 Pine Street, Suite 5000, Providence, Rhode Island 02903.

_[signature]_
John J. Hartigan

2

# FLOOD & HARTIGAN, P.C.
## COUNSELLORS AT LAW
81 BRIDGE STREET
LOWELL, MASSACHUSETTS 01852

James W. Flood, Jr.
John J. Hartigan
Catherine J. Flood
James W. Flood, III

Tel. (978) 441-9900
Fax. (978) 937-5383

j.hartigan@flood-hartigan.com

January 4, 2005

Robert Alba, Courtroom Clerk for the
Honorable Patti B. Saris
United States District Court for
The District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: **FOUR SEASONS PRODUCE, INC.**
v.
**MIDLAND FARMS STORES, INC.**
**MIDLAND FARMS WORCESTER, INC.**
**DEMETRIOS HASEOTES & DALE STEENBURGH**
**DOCKET NO: 04-11437-pbs**

Dear Mr. Alba:

Enclosed for filing, please find duly executed Notice of Satisfaction and Release of Order and Judgment and Dismissal with Prejudice.

As the docket will reflect, there is a hearing scheduled on the Plaintiff's Motion for Order to Show Cause on February 14, 2005 at 3:00 p.m.

I hereby certify I have this day forwarded a copy of this correspondence along with the duly referenced enclosures via facsimile and first class mail postage prepaid to Mary Jean Fassett Esq., McCarron & Diess, 4910 Massachusetts Avenue, N.W., Suite 18, Washington, D.C. 20016 and via Federal Express to Michael A. Kelly, Esq., Law Offices of Michael A. Kelly, 55 Pine Street, Suite 5000, Providence, RI 02903.

Very truly yours,

FLOOD & HARTIGAN, P.C.

John J. Hartigan

JJH/ml
Enclosure

cc: Micahel A. Kelly, Esq.
    client

N:\CLIENTS\MCCARRON\Four Seasons\clerkletter 1-4-05.doc